1
2
3
4                          UNITED STATES DISTRICT COURT
5                         NORTHERN DISTRICT OF CALIFORNIA
6
7    SAMUEL LOVE,                              Case No. 21-cv-01131-JCS
8              Plaintiff,                      **ORDER GRANTING STIPULATION
                                               TO SET ASIDE DEFAULT AND
9         v.                                   ORDER TO MEET AND CONFER
                                               REGARDING POTENTIAL STAY**
10   L & L HOSPITALITY HOLDINGS, LLC,
                                               Re: Dkt. No.12
11             Defendants.
12
13        Sufficient cause having been shown, the parties' stipulated request to set aside Defendant's

14   default is GRANTED.

15        This case concerns allegations that a hotel reservations website violates the Americans

16   with Disabilities Act ("ADA") and Unruh Civil Rights Act for failure to include sufficient

17   information regarding the accessibility of rooms for guests with disabilities.  As far as this Court is

18   aware, no binding precedent addresses the standards for such claims, and a number of cases

19   currently on appeal to the Ninth Circuit present that issue.  *See, e.g.*, *Love v. Marriott Hotel Servs.,*

20   *Inc.*, No. 21-15458 (9th Cir.); *Arroyo v. JWMFE Anaheim, LLC*, No. 21-55237 (9th Cir.); *Garcia*

21   *v. Gateway Hotel L.P.*, No 21-55227 (9th Cir.).  The parties to at least one case before this Court

22   raising similar claims have stipulated to stay proceedings pending resolution of the issue by the

23   Ninth Circuit.  *See Whitaker v. Jack London Square Existing (Oakland) Owner, LLC*, No. 3:21-cv-

24   00008-JCS, ECF Doc. No. 19 (N.D. Cal. April 4, 2021).

25        In the interest of efficiency, the parties are ORDERED to: (1) meet and confer to determine

26   whether they agree to a stay of this case; and (2) file a stipulation, a joint status report, or separate

27   status reports no later than three weeks from the date of this order.  The deadline for Defendant to

28

United States District Court
Northern District of California

United States District Court
Northern District of California

1    answer or otherwise respond to the complaint is CONTINUED to five weeks from the date of this

2    order.

3             **IT IS SO ORDERED.**

4    Dated: April 13, 2021

5    _____
     JOSEPH C. SPERO

6    Chief Magistrate Judge